DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

CITY OF CLEARWATER,

Appellant,

v.

MAXIMUS GIANNIKOS,

Appellee.

No. 2D2025-0273
_____

October 31, 2025

Appeal from the Circuit Court for Pinellas County; Thomas Ramsberger, Judge.

David Margolis, City Attorney and Michael P. Fuino, Senior Assistant City Attorney, Clearwater, for Appellant.

Jessie L. Harrell of The Harrell Firm, Jacksonville, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and ROTHSTEIN-YOUAKIM and LABRIT, JJ., Concur.
_____

Opinion subject to revision prior to official publication.